## (December 27, 1963)

■ In the Matter of the Claim of HANORA HOARE, Appellant, v. GREAT ATLANTIC & PACIFIC TEA Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision affirmed, without costs. No opinion. Herlihy, Reynolds and Taylor, JJ., concur; Bergan, P. J., and Gibson, J., dissent and vote to reverse and remit for an unequivocal determination whether or not the disease, as shown on this record, is an occupational disease in the light of the medical and other proof indicating a recognizable link between the employment and the disabling condition.